**E-FILED**
Monday, 11 February, 2019  03:45:39 PM
Clerk, U.S. District Court, ILCD

FILED

FEB 11 2019

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

AVERY SINGLETON                          )
_____                  )
          Plaintiff                      )
                                         )
                                         )
       vs.                               )     Case No. _19-3036_
                                         )     _(The case number will be assigned by the clerk)_
C/O SCOTT ZIMMERMAN                      )
LT. BLAKE HAUDRICH                       )
                                         )     CIVIL RIGHTS COMPLAINT
(BOTH DEFENDANTS SUED IN                 )     PURSUANT TO 42 USC § 1983
THEIR INDIVIDUAL CAPACITY)               )
_____                  )
_____                  )
_____                  )
_____                  )
                            ,            )
          Defendant(s)                   )

_(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format)._

## COMPLAINT*

_Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint._

☑  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under _Bivens v. Six Unknown Federal Narcotics Agents_, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

_***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition._

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: AVERY SINGLETON

Prison Identification Number: R24723

Current address: 6665 ST. RTE. 146 E.
VIENNA, IL 62995

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: C/O SCOTT ZIMMERMAN (INDIVIDUAL CAPACITY)

Current Job Title: CORRECTIONAL OFFICER WITH I.D.O.C.

Current Work Address WESTERN C.C. 2500 ILL-99
MT. STERLING, IL 62353

Defendant #2:

Full Name: LT. BLAKE HAUBRICH (INDIVIDUAL CAPACITY)

Current Job Title: LT. AT WESTERN C.C. / I.D.O.C.

Current Work Address WESTERN C.C. 2500 ILL-99
MT. STERLING, IL 62353

Defendant #3:

Full Name:

2 OF 13

Current Job Title: _____

Current Work Address _____

_____

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal* <u>*in forma pauperis*</u> *in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☑        No ☐

If yes, please describe   I BROUGHT THE CASE IN FEDERAL COURT, AND IT WAS

CLOSED, THEN I BROUGHT THE CASE IN STATE COURT UNDER

ASSAULT AND NEGLIGENCE

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑        No ☐

8 OF 13

C. If your answer to B is yes, how many? _13_ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   _SINGLETON-V- DART et al ; 16-CV-2413 ; NORTHERN DIST- ILLINOIS_

2. Basic claim made _DELIBERATE INDIFFERENCE_

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _SETTLED IN 2017_

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?
   Yes ☑ No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed? Yes ☑ No ☐

(5)

## III. LITIGATION HISTORY (CONT)

B).

i.) NAME OF CASE, COURT AND DOCKET #: SINGLETON-V- DART ;
16-CV-6670 ; NORTHERN DISTRICT

2). BASIC CLAIM MADE: CIVIL RIGHTS VIOLATION

3). DISPOSITION : STILL PENDING APPELLATE DECISION

B).

1). NAME OF CASE, COURT AND DOCKET #: SINGLETON-V- RAINS etc.
17-CV-323-DRH ; SOUTHERN DISTRICT

2). BASIC CLAIM MADE: CIVIL RIGHTS VIOLATION

3). DISPOSITION : STILL PENDING

B).

1). NAME OF CASE, COURT AND DOCKET #: SINGLETON-V- DART et al ;
17-CV-2521 ; NORTHERN DISTRICT

2). BASIC CLAIM MADE: CIVIL RIGHTS VIOLATION

3). DISPOSITION : STILL PENDING APPELLATE DECISION

# III. LITIGATION HISTORY (cont)

## B).

1). NAME OF CASE, CORT AND DOCKET #: SINGLETON-V- EVANSON P.D.; 17-CV-2795 ; NORTHERN DISTRICT

2). BASIC CLAIM MADE: CIVIL RIGHTS VIOLATION

3) DISPOSITION: DISMISSED (FAILURE TO STATE CLAIM)

## B).

1). NAME OF CASE, COURT AND DOCKET #: SINGLETON-V- HOME DEPOT et al; 17-CV-2817 ; NORTHERN DISTRICT

2). BASIC CLAIM MADE: CIVIL RIGHTS VIOLATION

3). DISPOSITION : DISMISSED

## B).

1). NAME OF CASE, COURT AND DOCKET #: SINGLETON-V- HOME DEPT et al; 17-CV-2794 ; NORTHERN DISTRICT

2). BASIC CLAIM MADE: CIVIL RIGHTS VIOLATION

3). DISPOSITION: DISMISSED

III. LITIGATION HISTORY (CONT).

a).

1). NAME OF CASE, COURT AND DOCKET #: SINGLETON-v- HUFF;
17-CV-3295 ; CENTRAL DISTRICT

2). BASIC CLAIM MADE: CIVIL RIGHTS VIOLATION

3). DISPOSITION: CLOSED

B). 1). NAME OF CASE, COURT AND DOCKET #: SINGLETON-v-ZIMMERMAN
17-CV-3247 ; CENTRAL DISTRICT

2). BASIC CLAIM MADE: CIVIL RIGHTS VIOLATION

3). DISPOSITION ; CLOSED

B).

1). NAME OF CASE, COURT AND DOCKET #: SINGLETON-v-
RAINS ; 17-CV-1176 ; SOUTHERN DISTRICT

2). BASIC CLAIM MADE: CIVIL RIGHTS VIOLATION

3). DISPOSITION : STILL PENDING

# III. LITIGATION HISTORY (CONT.)

### B).

1). NAME OF CASE, COURT, AND DOCKET #: SINGLETON-V-SHOOK ; 18-CV-500 ; SOUTHERN DISTRICT

2). BASIC CLAIM MADE: CIVIL RIGHTS VIOLATION

3). DISPOSITION: STILL PENDING

### B).

1). NAME OF CASE, COURT AND DOCKET #: SINGLETON-V-THOMAS BAKER ; 18-CV-3040 ; CENTRAL DISTRICT

2). BASIC CLAIM MADE: CIVIL RIGHTS VIOLATION

3). DISPOSITION: STILL PENDING

### B).

1). NAME OF CASE, COURT AND DOCKET #: SINGLETON-V-CHICAGO POLICE DEPT. ; 18-CV-1344 ; NORTHERN DISTRICT

2). BASIC CLAIM MADE: CIVIL RIGHTS VIOLATION

3). DISPOSITION: DISMISSED

# STATEMENT OF CLAIM  (PG #1)

A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

ON APRIL 26, 2017... I WAS CHANGING D.O.C. BUSSES. I EXITED THE ROBINSON CORR. CTR. BUS; AND BOARDED THE MT. STERLING/WESTERN BUS. WHEN I ENTERED THE BUS, I TOLD C/O ZIMMERMAN THAT MY KNEES WERE INJURED, AND I ASKED HIM TO SIT ON THE OUTSIDE OF THE SEAT... BECAUSE THE INSIDE OF THE SEAT IS TO COMPACTED, AND MY KNEES WOULD LOCK-UP AND BECOME VERY PAINFUL, AND, IF I SIT ON THE OUTSIDE OF THE SEAT, I COULD STRETCH MY KNEES, DUE TO MY ARTHRITIS... AND BACK ISSUES. C/O ZIMMERMAN THEN REPLIED, "YOU ARE GOING TO SIT RIGHT HERE WHERE I'M TELLING YOU TO SIT, I DON'T GIVE A FUCK ABOUT YOUR KNEES!" WHERE C/O ZIMMERMAN WAS INSTRUCTING ME TO SIT WAS CRAMPED UP ON THE INSIDE OF THE SEAT. SO, AGAIN I TOLD C/O ZIMMERMAN THAT I HAVE ARTHRITIS IN MY KNEE, AND IT WOULD BE PAINFUL FOR ME TO SIT CRAMPED UP IN THE CORNER. C/O ZIMMERMAN THEN REPLIED, "GET YOUR ASS IN HERE OR I'LL PUT YOU IN HERE!"

AT THAT TIME, LT. HAUBRICH ENTERED THE BUS. I EXPLAINED TO LT. HAUBRICH MY SITUATION AND THE SITUATION BETWEEN C/O ZIMMERMAN AND I... THEN

IV.  STATEMENT OF CLAIM ( PG #2)

LT. HAUBRICH INSTRUCTED C/O ZIMMERMAN TO LET ME SIT ON THE OUTSIDE SEAT SO I'D BE ABLE TO STRETCH MY LEGS... BECAUSE WE HAD A LONG RIDE TO TAKE. AT THAT TIME, LT. HAUBRICH EXITED THE BUS.

AFTER LT. HAUBRICH EXITED THE BUS, C/O ZIMMERMAN SAID TO ME, "GET YOUR FUCKING LEGS OUT OF MY WAY!" THEN C/O ZIMMERMAN KICKED AND STOMPED MY FOOT, CAUSING A SHARP PAIN IN MY FOOT AND KNEE... AND HUMILIATING ME IN FRONT OF THE OTHER INMATES ON THE BUS. AFTER C/O ZIMMERMAN KICKED AND STOMPED MY FOOT, HE SAID, "GET THE FUCK UP AND GO TO THE BACK OF THE BUS!" AS INSTRUCTED, I GOT UP, AND WAS WALKING TO THE BACK OF THE BUS. AS I WAS WALKING, C/O ZIMMERMAN STARTED TO PUSHING ME FORCEFULLY FROM BEHIND. AFTER C/O ZIMMERMAN PUSHED ME A COUPLE OF TIMES, I TURNED AROUND AND TOLD C/O ZIMMERMAN THAT I'M NOT HIS CHILD AND HE DOESN'T HAVE A RIGHT TO BE PUTTING HIS HANDS ON ME. C/O ZIMMERMAN THEN GRABBED ME BY MY NECK, CHOKING ME. AS HE WAS CHOKING ME, I WAS IN HAND CUFFS... AND C/O ZIMMERMAN FORCED ME INTO THE IRON CAGE AT THE BACK OF THE BUS, WHILE CONTINUING TO CHOKE ME. THEN, WHILE STILL CHOKING

## IV. STATEMENT OF CLAIM (PG #3)

ME, C/O ZIMMERMAN SLAMMED ME INTO THE REAR SEAT OF THE BUS, AND PUT HIS KNEE INTO MY CHEST... AND STATED, "I'LL FUCK YOU UP NIGGER... YOU DON'T WANT NO FUCKING PROBLEMS WITH ME!" AT THAT TIME, C/O ZIMMERMAN DOUBLE HAND-CUFFED ME WITH AN INMATE THAT WAS IN THE REAR OF THE BUS. I WAS IN A LOT OF PAIN AND HUMILIATED BY C/O ZIMMERMAN'S ASSAULT.

ONCE THE TRANSFER BUS ARRIVED AT JACKSONVILLE CORR. CTR... WHERE I EXITED THE BUS, I INFORMED LT. HAUBRICH OF WHAT HAPPENED ON THE BUS. LT. HAUBRICH IGNORED ME AND TOLD ME TO GET IN LINE... INSTEAD OF ADDRESSING C/O ZIMMERMAN OF HIS ATTACK. I THEN ASKED LT. HAUBRICH FOR HIS I.D.#... LT. HAUBRICH THEN STATED, "I DON'T GIVE INMATES MY I.D.#."

THE FOREGOING STATEMENT WAS MADE BY, AVERY SINGLETON. I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENT IS TRUE AND CORECT, PURSUANT TO 28 USC § 1746.

SIGNATURE:

AVERY SINGLETON

DATE: JANUARY 25, 2019

## RELIEF REQUESTED

(State what relief you want from the court.)

① DECLARE AND DECREE THAT THE FACTS AND OMISSIONS DESCRIBED HEREIN IS A VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS.

② AWARD COMPENSATORY DAMAGES IN THE AMOUNT OF $150,000 OR SUCH OTHER SUM AS MAY BE ESTABLISHED BY THE EVIDENCE AT TRIAL AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY.

③ AWARD PUNITIVE DAMAGES IN THE AMOUNT OF $200,000 AGAINST EACH DEFENDANT

④ AWARD COST OF THIS SUIT, ATTORNEY FEES, AND LITIGATION EXPENSES

⑤ AWARD ANY FURTHER AND ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER AND EQUITABLE

JURY DEMAND        Yes ☑        No ☐

Signed this ____25____ day of ___JANUARY___ , 20 _19_ .

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| AVERY SINGLETON | R29723 |
| Address: 6665 ST. RTE 146 E VIENNA, IL 62995 | Telephone Number: N/A |

C.C 13

# UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF ILLINOIS

AVERY SINGLETON
PLAINTIFF

    v.

C/O SCOTT ZIMMERMAN et al
    Defendant,

)
)
)
)
)
)    Case No. _____
)
)
)
)
)

## NOTICE OF FILING

TO:

U.S. DISTRICT COURT CLERK
CENTRAL DISTRICT
100 N.E. MONROE ST.
PEORIA, IL 61602

TO: _____

PLEASE TAKE NOTICE that on the date below indicated, I have served thru the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

① TWO (2) COPIES 42 USC 1983 COMPLAINT (ONE (1) FOR COURT FILES; AND ONE (1) TO STAMP "FILED" AND RETURN TO SENDER
② MOTION TO PROCEED IN FORMA PAUPERIS
③ TRUST FUND CERTIFICATE
④ AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS
⑤ EXHIBIT "A" & "B"

## AFFIDAVIT OF SERVICE

State of Illinois    )
              )   ss.
COUNTY OF JOHNSON )

     I, _AVERY SINGLETON_ , being first duly sworn, certify that I have served the above listed documents on the parties as above indicated by placing the originals and true copies of said documents in seal envelope(s) addressed as shown above, and by depositing said envelopes(s) in the box designated for U.S. Mail at _SHAWNEE CORR. CTR._ H.U. _1A_ together with the appropriate request to the prison official responsible to affix fully prepaid First Class Postage thereon, on this day of _JANUARY 31_, 20 _19_.

Subscribed and sworn to before me
this _31_ day of _JANUARY_, 20 _19_.

/s/ _____
                     AFFIANT

Register No. _R29723_

NOTARY PUBLIC

**OFFICIAL SEAL**
KIMBERLY KAYE JOHNSON
Notary Public, State of Illinois
My Commission Expires 08-12-2022

AVERY SINGLETON R29723
ADDRESS; 6665 ST. RTE. 146 E.
VIENNA, IL 62995

Bruce Rauner
Governor



John Baldwin
Acting Director

EXHIBIT "A"

# The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: __Singleton, Avery__                     Date: __9/7/17__

Register # __R29723__

Facility: __JAC__

This is in response to your grievance received on __5/2/17__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: __4/27/17__ Grievance Number: _____ Griev Loc: __JAC WIL IRDB Transfer Bus__

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____
  Incident # _____
- Ⓧ Other __Staff Conduct—C/O Zimmerman__

Based on a review of all available information, this office has determined your grievance to be:

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ○ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: __Issue was investigated by internal affairs at WIL – staff misconduct could not be substantiated__

FOR THE BOARD: __Melissa Phoenix__ CONCURRED: __John R Baldwin__
        Melissa Phoenix                                          John R. Baldwin
    Administrative Review Board                              Acting Director

CC:   Warden, __JAC__ Correctional Center
      __Singleton, Avery__ Register No. __R29723__

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

#7 10F3

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 4-27-17 | Offender: (Please Print) AVERY SINGLETON | ID#: R29723 |
|---|---|---|
| Present Facility: JACKSONVILLE C.C. | Facility where grievance issue occurred: JACKSONVILLE TRANSFER B... | |

**NATURE OF GRIEVANCE:**

| | | | |
|---|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
| ☑ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☐ Other (specify) _____ |

☐ Disciplinary Report: ____/____/____
          Date of Report                        Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON APRIL 26, 2017... I WAS TRANSFERRED FROM ROBINSON
CORRECTIONAL CTR. TO JACKSONVILLE CORRECTIONAL CTR.
DURING THE BUS TRANSFER FROM THE ROBINSON CORRECTION-
AL CTR. BUS - TO THE JACKSONVILLE TRANSFER BUS...
WHICH WAS ALSO SHARED WITH THE MT. STERLING CORR-
ELTIONAL CENTER; I WAS ATTACKED BY AN I.D.O.C.
EMPLOYEE BY THE NAME OF C/O ZIMMERMAN, WHICH TO
MY KNOWLEDGE WORKS AT MT. STERLING CORRECTIONAL
CENTER. ▓ THE FOLLOWING IS A STATEMENT OF

Relief Requested: REPRIMAND C/O ZIMMERMAN & LT. HAUBRICH... AND MAKE
SURE MY BACK HAS NOT GOTTEN ANY ▓▓▓ LONG-TERM INJURIES
FROM THIS INCIDENT

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_(signature)_               R29723       4, 27, 17
Offender's Signature                 ID#             Date

                                   (Continue on reverse side if necessary)

---

| **Counselor's Response (if applicable)** | |
|---|---|
| Date Received: 5 2 17 | ☐ Send directly to Grievance Officer     ☑ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: Offender's grievance concerns issue that is outside of the
jurisdiction of this facility. Staff noted in grievance are not employees
of the Jacksonville Correctional Center. Mail directly to the ARB at address
above.

S. Kilebrew CCII _____       _(signature)_       5 2 17
Print Counselor's Name               Counselor's Signature          Date of Response

---

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: ____/____/____ | Is this determined to be of an emergency nature?    ☐ Yes: expedite emergency grievance    ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

                                             Chief Administrative Officer's Signature                  Date

THE INCIDENT AS IT TOOK PLACE... IN ITS ENTIR-
ETY...

MY NAME WAS CALLED FOR ME TO LOAD-UP ON
THE JACKSONVILLE TRANSFER BUS AROUND OR ABOUT
12:00 p.m. ON APRIL 26, 2017. ONCE I ENTERED THE
BUS, C/O ZIMMERMAN WAS INSTRUCTING INMATES WHERE TO
SIT AND HANDCUFFING THE INMATES TO THEIR SEATS. ONCE
I NOTICED THAT C/O ZIMMERMAN WAS INSTRUCTING ME TO
SIT ON THE INSIDE SECTION OF THE SEAT, I INFORMED
C/O ZIMMERMAN THAT I SUFFER FROM ARTHRITIS IN MY
KNEES AND LOWER BACK, AND IT WOULD BE A CHALLENGE
AND PAINFUL FOR ME TO SIT ON THE INSIDE PORTION OF
THE BENCH — BECAUSE THE BENCHES ARE TOO CLOSE, AND
MY KNEES WOULD LOCK-UP DUE TO LACK OF ABILITY
TO STRETCH MY KNEES OUT IF I FEEL THEM (MY
KNEES) STARTING TO HURT. AT THAT TIME, C/O ZIMMERMAN
REPLIED, "YOU ARE GOING TO SIT RIGHT HERE WHERE I'M
TELLING YOU TO SIT, I DON'T GIVE A FUCK ABOUT YOUR
KNEES!" SO, AGAIN I TOLD C/O ZIMMERMAN THAT I
COULD NOT SIT ON THE INSIDE, DUE TO MY AILMENTS.
C/O ZIMMERMAN THEN REPLIED, "GET YOUR ASS IN HERE
OR I'LL PUT YOU IN HERE!" FORTUNATELY, LT. HAUBRICH
WALKED ONTO THE BUS; AND I EXPLAINED MY SITUATION
TO HIM. AT THAT TIME, LT. HAUBRICH INSTRUCTED C/O
ZIMMERMAN TO LET ME SIT ON THE OUTSIDE OF THE
BENCH SO I WOULD BE ABLE TO STRETCH MY LEGS, THEN
LT. HAUBRICH EXITED THE BUS. AS I SAT ON THE OUT-
SIDE OF THE BENCH, C/O ZIMMERMAN STATED, "GET YOUR
FUCKING LEGS OUT OF MY MY WAY!" C/O ZIMMERMAN
THEN KICKED MY FOOT AND STOMPED ON IT. AFTER
C/O ZIMMERMAN STOMPED MY FOOT, HE THEN STATED,
"GET THE FUCK UP AND GO TO THE BACK OF THE BUS!"
AS I GOT UP AND WAS WALKING TOWARDS THE BACK
OF THE BUS, C/O ZIMMERMAN BEGAN TO PUSHING ME
FROM THE BACK. AFTER A FEW TIMES OF C/O ZIMMERMAN
PUSHING ME, I TURNED AROUND AND TOLD C/O
ZIMMERMAN TO STOP PUSHING ME, BECAUSE I'M NOT
A KID. C/O ZIMMERMAN THEN GRABBED ME BY MY
NECK, CHOKING ME... AND AS HE WAS CHOKING ME,
HE FORCED ME AGAINST THE CAGE LOCATED IN THE
REAR OF THE BUS, SLAMMING MY BACK AGAINST
THE STEEL CAGE... THEN, WHILE STILL CHOKING ME,

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: 4-27-17 | Offender: (Please Print) AVERY SINGLETON | ID#: R29723 |

| Present Facility: JACKSONVILLE C.C. | Facility where grievance issues occurred: JACKSONVILLE TRANSFER BUS |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify) _____

- [ ] Disciplinary Report: ___/___/___
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

SLAMMED ME INTO THE REAR SEAT OF THE BUS, AND PUT HIS KNEE INTO MY CHEST, WHILE STILL CHOKING ME, AND STATED, "I'LL FUCK YOU UP NIGGER... YOU DON'T WANT NO FUCKING PROBLEMS WITH ME!" ALL OF THIS WAS DONE WHILE I WAS STILL HANDCUFFED AND HAD NO LEVERAGE, AND LIMITED BALANCE TO AVOID BEING INJURED. AFTER THE ATTACK ENDED, FORTUNATELY, C/O ZIMMERMAN HANDCUFFED ME TOGETHER WITH THE IN-MATE THAT WAS ALREADY SITTING IN THE REAR SEAT

**Relief Requested:** REPRIMAND C/O ZIMMERMAN & LT. HENDRICH ... AND MAKE SURE MY BACK HAS NOT GOTTEN ANY LONG-TERM INJURIES FROM THIS INCIDENT.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ Offender's Signature     R29723  4/27/17
                                          ID#      Date

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) | |

| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| **EMERGENCY REVIEW** | |

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

_____ Chief Administrative Officer's Signature      ___/___/___ Date

AND OBSERVED THE ENTIRE INCIDENT FROM ITS INCEPTION.
DURING THE TIME OF THE INCIDENT, THERE WAS
APPROXIMATELY TWENTY-FIVE (25) INMATES ALREADY ON
THE BUS. AFTER C/O ZIMMERMAN GOT DONE HANDCUFFING
ALL OF THE INMATES AND EXITED THE BUS, THE
INMATES BEGAN TO TALK ABOUT HOW FUCKED UP IT
WAS HOW HE TREATED ME. AGAIN, FORTUNATELY, A
FEW INMATES STEPPED FORWARD AND GAVE ME THEIR
NAMES AND ID# JUST IN CASE I NEEDED ANY
WITNESSES. THE INMATES' INFORMATION IS AS FOLLOWS:

* JOHNNY GLOVER - B88741
* I/M SIMS      - A63742
* ROY PICKETT   - K72731


ONCE THE TRANSFER BUS ARRIVED AT JACKSONVILLE
CORRECTIONAL CTR., I INFORMED LT. HAUBRICH OF WHAT
HAPPENED WHILE ON THE BUS, AND LT. HAUBRICH JUST
TOLD ME TO "GET IN LINE" WITHOUT ADDRESSING
THE ISSUE. I THEN ASKED LT. HAUBRICH FOR HIS
I.D#... LT. HAUBRICH THEN REPLIED, " I DON'T GIVE
INMATES MY ID#." AT THAT TIME, THE JACKSONVILLE
CORRECTIONAL CTR. TRANSFERS WERE ESCORTED INTO
THE FACILITY AND THE TRANSFER BUS LEFT THE
FACILITY HEADED TO MT. STERLING CORRECTIONAL CTR.
    ONCE INSIDE JACKSONVILLE CORRECTIONAL CTR., ALL
TRANSFER INMATES WERE INSTRUCTED TO TALK TO THE HEALTH
CARE TEAM. THE FIRST PERSON THAT I SPOKE
WITH... I MENTIONED TO HER THAT I WAS ATTACKED
ON THE TRANSFER BUS BY A CORRECTIONAL OFFICER. I
WAS THEN ASKED TO EXPLAIN WHAT HAPPENED. AS I
BEGAN TO TELL HER ABOUT THE INCIDENT, SHE ASKED
ME WHICH FACILITY WAS THE C/O FROM. I TOLD
HER THAT THE C/O WAS FROM MT. STERLING CORR-
ECTIONAL CTR. THE NURSE THEN REPLIED," OH, MT.
STERLING... I WOULDN'T PUT ANYTHING PAST THOSE
GUYS. I'VE HEARD A LOT OF BAD THINGS ABOUT THEM."
(THE LADY I WAS SPEAKING WITH WAS LATER FOUND
OUT TO BE A MENTAL HEALTH NURSE). AFTER I
WAS DON'T TALKING TO HER, SHE INFORMED ME
THAT I WOULD HAVE TO TALK TO THE SECOND
NURSE IN THE OTHER ROOM FOR MY INJURIES,

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 4-27-17 | Offender: (Please Print) AVERY SINGLETON | ID#: R29723 |
|---|---|---|

| Present Facility: JACKSONVILLE C.C. | Facility where grievance Issue occurred: JACKSONVILLE TRANSFER B... |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify) _____

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

WHICH I DID. ONCE I WENT INTO THE SECOND ROOM TO TALK TO THE NURSE, I MENTIONED TO HER WHAT HAPPENED ALSO... AND TOLD HER THAT I HAD PAIN IN MY BACK FROM C/O ZIMMERMAN SLAMMING MY BACK INTO THE CAGE AND FORCING ME INTO THE BACK SEAT, WHILE HE WAS CHOKING ME. THE NURSE THEN TOLD ME THAT I WOULD HAVE TO SIGN UP FOR SICK-CALL... WHICH I DID. I WENT TO SICK-CALL THE NEXT MORNING, AND

Relief Requested: REPRIMAND C/O ZIMMERMAN & LT. HAUBRICH... AND MAKE SURE MY BACK HAS NOT GOTTEN ANY LONG-TERM INJURIES FROM THIS INCIDENT.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_(signature)_ Offender's Signature

ID# R29723 Date 4/27/17

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | | Date |
|---|---|---|

ONCE I EXPLAINED TO THE NURSE MY ISSUES...
SHE EXAMINED ME, GAVE ME IBUPROPHEN, AND
SCHEDULED ME TO SEE A DOCTOR.

ABOUND OR ABOUT 7:00 A.M. ON APRIL 27, 2017...
I NOTICED WARDEN SIMMS IN UNIT 2. I ALSO
INFORMED WARDEN SIMMS OF THE INCIDENT THAT
OCCURRED ON THE ▮▮▮ TRANSFER BUS AND MY
INJURIES. WARDEN SIMMS ▮▮▮ ASKED ME WHAT
WAS THE C/O'S NAME THAT ATTACKED ME, WHICH
I TOLD HIM... AND ALSO, I INFORMED WARDEN
SIMMS ABOUT LT. HAUBRICH. WARDEN SIMMS ASSURED
ME THAT HE WOULD CONTACT MT. STERLING
CORRECTIONAL CTR. AND TALK TO THEM ABOUT THIS
INCIDENT.

## CERTIFICATE OF SERVICE

THE UNDERSIGNED AVERY SINGLETON CERTIFY THAT I SERVED A COPY OF THE ATTACHED, COPY OF INMATE GRIEVANCE # 17-142; INMATE GRIEVANCE DATED 4-27-17

BY CAUSING TO BE MAILED TO THE BELOW NAMED PARTIES AT THE ADDRESS(ES) LISTED BELOW BY DEPOSITING THE SAME IN THE U.S. MAIL AT JACKSONVILLE CORRECTIONAL CENTER:

C.C.: ADMINISTRATIVE REVIEW BOARD
P.O. BOX 19277
SPRINGFIELD, IL 62794-9277

**OFFICIAL SEAL**
DEBORAH JO HECK
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires July 20, 2020

SUBSCRIBED and SWORN to before me
_____ day of _____ 20__
NOTARY PUBLIC

SIGNATURE:

PRINT NAME: AVERY SINGLETON

DATE: 5-8-17



Bruce Rauner
Governor



John Baldwin
Acting Director



EXHIBIT "B"

# The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: __Singleton, Avery__    Date: __9/6/17__

Register #: __R29723__

Facility: __JAC__

This is in response to your grievance received on __6/30/17__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: __5/8/17__ Grievance Number: __21-6-17__ Griev Loc: __JAC__

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
Incident # _____

☒ Other __Medical - Back/knees/foot lowbunk permit__

**Based on a review of all available information, this office has determined your grievance to be:**

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

○ Denied, in accordance with DR504F, this is an administrative decision.

☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: __Per Medical offender has been seen + is receiving treatment deemed appropriate by facility Medical Staff__

FOR THE BOARD: __Melissa Phoenix__ CONCURRED: __John R. Baldwin__

Melissa Phoenix
Administrative Review Board

John R. Baldwin
Acting Director

CC: Warden, __JAC__ Correctional Center
__Singleton, Avery__ Register No. __R29723__

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE  2-10-8

| Grievance Officer's Report |
|---|

Date Received: 06/16/2017    Date of Review: 06/20/2017    Grievance # (optional): 21-6-17

Offender: Singleton, Avery    ID#: R29723

Nature of Grievance: Medical Treatment

**Facts Reviewed:** All information submitted to the Grievance officer by the offender or institutional staff pertaining to this issue being grieved has been thoroughly reviewed. Offender submitted a grievance dated 5/8/2017 grieving medical treatment. The offender states that on 5/3/2017 the offender saw Dr. Baker after a sick call visit on 4/27/2017. The doctor examined the offender's reflexes and strength. The offender notified the doctor of knee and back ailments that allowed for the offender to have a low bunk permit at Robinson CC in addition to a 600 mg Ibuprofen prescription, but this doctor refused. Dr. Baker prescribed the offender 400 mg Ibuprofen but the offender notified the doctor that the 600 mg didn't do much for the offender's pain. The offender did an examination of the back and knees and determined nothing to be wrong. The offender states that since the incident on the transfer bus the back pain has gotten worse affecting the way the offender's walks and the 400 mg of Ibuprofen is not doing anything for the pain. The offender states that now there is pain in the bottom of the left foot. The offender requests an MRI to see what is wrong with the back.

This Grievance Officer reviewed the information with Director of Nursing A. Clement who states:

"Per Medical Record, low bunk criteria is not met. MD states, Offender has "normal symmetric strength, normal gait and good mobility.""

ENTERED
JUN 23 2017
BY:

**Recommendation:** Based upon total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be denied. The offender was seen by Dr. Baker and it is noted that low bunk criteria is not met. The doctor also notes that the offender has normal strength, gait, and good mobility. If another issue is appearing, the proper protocol is to sign up for nurse sick call.

K. Kent    QA    _K. Kent_
Print Grievance Officer's Name    Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 6-21-17    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments: *Physicians follow up noted. Offender needs to follow sick call protocol for further issues.*

Chief Administrative Officer's Signature    6-21-17    Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature    R29723    6-26-17
ID#    Date

21-6-17

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 5-8-17 | Offender: (Please Print) AVERY SINGLETON | ID#: R29723 |
|---|---|---|

| Present Facility: JACKSONVILLE C.C. | Facility where grievance issues occurred: JACKSONVILLE C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify)

- [ ] Disciplinary Report: ___/___/___  Date of Report  _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer**, only if EMERGENCY grievance.
  **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON OR ABOUT MAY 3, 2017... I VISITED THE MEDICAL DOCTOR AT JACKSONVILLE CORRECTIONAL CENTER, PURSUANT TO A ~~SICK~~ SICK CALL VISIT ON APRIL 27, 2017. ONCE I ARRIVED AT MY APPOINTMENT, I EXPLAINED TO THE DOCTOR MY AILMENTS, AND THE DOCTOR DID AN EXAMINATION OF MY REFLEXES AND STRENGTH. I ALSO EXPLAINED TO THE DOCTOR THAT I HAVE A BAD CONDITION OF MY KNEES AND BACK... WHICH I WAS GIVEN A LOW BUNK PERMIT AND AT ROBINSON C.C.

Relief Requested: I NEED TO TAKE AN MRI TO GET A BETTER IDEA OF WHAT IS HAPPENING WITH MY BACK. NOW, ALL OF A SUDDEN MY FOOT IS HURTING.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ Offender's Signature   R29723  5, 8, 17
                                      ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 5, 9, 17 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: Offender's grievance concerns medical issue. Please forward to grievance officer.

J. Killebrew CCII
Print Counselor's Name          _____ Counselor's Signature     5, 9, 17
                                                                        Date of Response

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance  [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____ Chief Administrative Officer's Signature          ___/___/___  Date

DOC 0046 (8/2012)

PRESCRIBED 600 mg IBUPROPHEN WHILE AT ROBINSON
CORRECTIONAL CENTER, WHICH THIS DOCTOR REFUSED.
HOWEVER, THIS DOCTOR DID PRESCRIBE TO ME
400 mg IBUPROPHEN, WHICH I EXPLAINED TO HIM
DURING HIS EXAMINATION, THAT THE 600 mg IBU-
PROPHEN DOES NOT DO MUCH FOR MY PAIN.
AFTER THE DOCTOR DID THE STRENGTH AND
REFLEX TEST FOR MY BACK AND KNEES, THE DOC-
TOR CAME TO THE CONCLUSION THAT NOTHING WAS
WRONG WITH MY BACK AND KNEES... WHICH I
HAVE HAD EXAMINED BEFORE AT AN OUTSIDE
CHIROPRACTIC CLINIC FOR THE LOWER LEFT SEC-
TION OF MY BACK, WHICH I HAD TO HAVE
PHYSICAL THERAPY.
NOW, SINCE THE INCIDENT ON THE TRANS-
FER BUS, I CAN FEEL MORE PAIN IN MY BACK,
AND IT IS ALSO NOTICABLE BECAUSE IT IS AFFECTING
THE WAY I WALK... WHICH I RECENTLY
NOTICED BY THE PAIN IN THE BOTTOM OF MY
LEFT FOOT. FURTHERMORE, THE 400 mg IBUPROPHEN
ARE NOT HELPING MY PAIN.
THE MEDICAL DOCTOR'S EXAMINATION OF
MY REFLEXES AND STRENGTH - AND COMING TO
THE CONCLUSION THAT I AM OK IS "HIS"
OPINION. I AM THE ONE EXPERIENCING THE
PAIN AND DISCOMFORT. NOW, MY FOOT IS
HURTING... WHICH I'VE NEVER HAD PROBLEMS
WITH MY FEET IN MY LIFE, OTHER THAN THICK
TOE NAILS.



neopost
02/06/2019
FIRST-CLASS MAIL
US POSTAGE $002.80⁰
ZIP 62995
041M1 2251977

U.S. DISTRICT COURT CLERK
CENTRAL DISTRICT
100 N.E. MONROE ST.
PEORIA, IL 61602

NGLETON R29703
RTE. 146 E.
IL 62995

EGAL
AIL