JB Pritzker
Governor

John Baldwin
Acting Director



# The Illinois Department of Corrections

Shawnee Correctional Center
6665 State Route 146 East • Vienna, IL  62995 • (618) 658-8331 TDD: (800) 526-0844

April 5, 2019

US Dist. Court – Central Dist.
Federal Building, 100 N.E. Monroe
Peoria, IL  61602

FILED
APR 15 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Subject:   Case # 17-CV-3295
Case # 3:19-cv-03037-CSB
Case # 3:19-cv-03036-JBM
Case # 3:19-cv-03052-MMM

To Whom It May Concern:

Inmate **Avery Singleton, R29723**, is no longer incarcerated at Shawnee Correctional Center. Upon his release he was making court ordered payments on the above court case(s). The balance is listed below:

| Case | Balance |
|---|---|
| 17-CV-3295 | $350.00 |
| 3:19-cv-03037-CSB | $350.00 |
| 3:19-cv-03036-JBM | $350.00 |
| 3:19-cv-03052-MMM | $350.00 |

Should you have any other questions in regards to this transaction, please let me know. Our number is 618-658-8331 ext. 2011.

Sincerely,

*Bonnie Harris*

Bonnie Harris
Account Tech/Trust Fund
Shawnee Correctional Center

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc